United States District Court
Northern District of California

UNITED STATES DISTRICT COURT

NORTHERN DISTRICT OF CALIFORNIA

M.R., et al.,

Plaintiffs,

v.

COUNTY OF ALAMEDA, et al.,

Defendants.

Case No. 26-cv-02801-JST

**SCHEDULING ORDER**

The Court hereby sets the following case deadlines pursuant to Federal Rule of Civil Procedure 16 and Civil Local Rule 16-10:

| **Event** | **Deadline** |
| --- | --- |
| Deadline to add parties or amend the pleadings[1] | August 6, 2027 |
| Fact discovery cut-off | September 10, 2027 |
| Settlement conference deadline | September 10, 2027 |
| Dispositive motion hearing deadline | September 30, 2027 |
| Expert disclosures | December 17, 2027 |
| Expert rebuttal | January 14, 2028 |
| Expert discovery cut-off | February 18, 2028 |
| *Daubert* motions due | February 25, 2028 |

[1] After this deadline, a party may still seek amendment, but must demonstrate good cause. Fed. R. Civ. P. 16(b)(4).

| Event | Deadline |
| --- | --- |
| Pretrial conference statement due | March 24, 2028 |
| Pretrial conference and *Daubert* hearing | March 31, 2028 at 2:00 p.m. |
| Trial | May 1, 2028 at 8:00 a.m. |
| Estimate of trial length (in days) | Ten |

This case will be tried to a jury.

This case is referred to a judicial settlement conference. The Court will issue a separate order of referral.

Counsel may not modify these dates without leave of court. The parties shall comply with the Court's standing orders, which are available at https://cand.uscourts.gov/judges/tigar-jon-s-jst/.

The Court has set dispositive motion and *Daubert* motion deadlines which allow enough time for the Court to consider any such motions sufficiently in advance of trial. The parties should assume that any subsequent continuance of the dispositive or *Daubert* motion deadlines, or any enlargement of the motion briefing schedule beyond that set forth in Civil Local Rule 7-3, will result in a continuance of the pretrial conference and trial dates of equal or greater length.

The parties must take all necessary steps to conduct discovery, compel discovery, hire counsel, retain experts, and manage their calendars so that they can complete discovery in a timely manner and appear at trial on the noticed and scheduled dates. All counsel must arrange their calendars to accommodate these dates, or arrange to substitute or associate in counsel who can.

Trial dates set by this Court should be regarded as firm. Requests for continuance are disfavored. The Court will not consider any event subsequently scheduled by a party, party-controlled witness, expert, or attorney that conflicts with the above trial date as good cause to

/ / /

/ / /

/ / /

/ / /

United States District Court
Northern District of California

grant a continuance. The Court will not consider the pendency of settlement discussions as good cause to grant a continuance.

**IT IS SO ORDERED.**

Dated: September 15, 2026



JON S. TIGAR
United States District Judge